IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:
CHARLES L. SMITH
ETHEL MAE SMITH
DEBTOR(S)

10-80762
Chapter 13

## OBJECTION TO CONFIRMATION OF PLAN

NOW INTO COURT comes, Jon C. Thornburg, Chapter 13 Standing Trustee who objects to the confirmation of the above debtors to be heard on AUGUST 26, 2010, in that:

1. Plan is unclear as to the pre petition mortgage arrears.
2. Debtors' Plan as proposed is underfunded in the amount of $264.54.

WHEREFORE, the Trustee moves this Court for an Order denying confirmation of the plan, and granting the debtors a reasonable period of time to submit an amended plan which cures the objections above raised and/or dismissing this case and for all other just and proper relief.

Respectfully submitted this 12th day AUGUST 2010.

JON C. THORNBURG.
CHAPTER 13 STANDING TRUSTEE

Jon C. Thornburg, Trustee
Katrina E. Keys, Staff Attorney (Bar Roll #24141)
Post Office Box 1991
Alexandria, Louisiana 71309-1991
(318) 448-1306

### CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Objection to Confirmation of Plan has this day been served on the debtor(s) and the debtor(s) attorney by placing a copy of the same in the United States Mail, postage prepaid, addressed to:

CHARLES L. SMITH
ETHEL MAE SMITH
1816 RENSSELEAR STREET
ALEXANDRIA, LA 71301

THOMAS C. MCBRIDE
ATTORNEY AT LAW
301 JACKSON STREET STE. 101
ALEXANDRIA, LA 71301

Alexandria, Louisiana, this 12th day of AUGUST, 2010.
By: